ACCEPTED
05-13-00930-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 9:50:05 AM
LISA MATZ
CLERK

# SORRELS | UDASHEN | ANTON

*Attorneys and Counselors at Law*

**BRUCE ANTON**
BOARD CERTIFIED–CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

ba@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
214.468.8100
fax 214.468.8104
www.sualaw.com

March 31, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 9:50:05 AM

LISA MATZ
Clerk

Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

RE:   *State of Texas v. Alice Annette Steele*
       Dallas County Case No. F0845120M
       Court of Appeals No. 05-13-00930-CR

Dear Sir or Madam:

On March 23, 2015, I mailed Ms. Alice Annette Steele a copy of the Court of Appeals' opinion on the above-referenced case and I advised Ms. Steele of her right to file a pro se petition for discretionary review of this court's opinion. I am enclosing a copy of the certified mail receipt from that letter that I sent to Ms. Steele. Please file this letter and the certified mail receipt in the file for Ms. Steele's appeal.

Thank you for your prompt attention to this matter.

Yours Very Truly,

Bruce Anton

Bruce Anton

BA:am
Enclosure

ATTN: ASHLEY
BRUCE ANTON
SORRELS, UDASHEN & ANTON
2311 CEDAR SPRINGS, SUITE 250
DALLAS, TEXAS 75201

**4. Restricted Delivery?**

*(Extra Fee)* ☐ Yes

**3. Service Type**

*CERTIFIED*

**2. Article Number**

7111 1532 6510 0000 0498

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ *Addressee* or ☐ *Agent*)

X B. Willis

B. Received By: *(Please Print Clearly)*

B Willis

C. Date of Delivery

D. Addressee's Address *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor *(Please Print Clearly)*

Delivery Address

City          State          ZIP + 4 Code



7111 1532 6510 0000 0498

**1. Article Addressed To:**

MS. ALICE ANNETTE STEELE
TDCJ # 01868899
HOBBY UNIT
742 FM 712
MARLIN TX 76661